# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD GLEN TAYLOR,                    No. 2:12-CV-2901-JAM-CMK

       Plaintiff,

  vs.                                                   ORDER

FOWELL, et al.,

       Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action.  At the time the case was filed, the Clerk of the Court designated the matter a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, however, does not appear to be incarcerated given that he provides a non-prison address in Sacramento, California.  For this reason, and to avoid the necessity of plaintiff appearing before the undersigned in Redding, California, the action shall be re-designated as a civil pro se (non-prisoner) action and re-assigned randomly to a Magistrate Judge sitting in Sacramento.

        IT IS SO ORDERED.

DATED:  January 3, 2013

                                       _____
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE

1