IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GLEN TAYLOR, | No. 2:12-CV-2901-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| FOWELL, et al., | |
| Defendants. | |
| _____ / | |

     Plaintiff, who is proceeding pro se, brings this civil action. At the time the case was filed, the Clerk of the Court designated the matter a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, however, does not appear to be incarcerated given that he provides a non-prison address in Sacramento, California. For this reason, and to avoid the necessity of plaintiff appearing before the undersigned in Redding, California, the action shall be re-designated as a civil pro se (non-prisoner) action and re-assigned randomly to a Magistrate Judge sitting in Sacramento.

     IT IS SO ORDERED.

DATED: January 3, 2013

                                                                                       
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE